1
2
3
4
5
6
7
8

Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorney for Plaintiff
MICHAEL GRECCO PRODUCTIONS, INC.

9
10

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

11

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., d/b/a "Michael Grecco Photography", a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERNET ARCHIVE, a 501(c)(3) nonprofit; and DOES 1 through 10,<br><br>Defendants. | Case No.:<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 101, *ET. SEQ.*)**<br><br><br>**JURY TRIAL DEMANDED** |

Plaintiff, Michael Grecco Productions, Inc. (herein "Plaintiff"), by and through its undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1.     This action arises under the Copyright Act of 1976, Title 117 U.S.C. § 101, *et seq.*

2.     This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338 (a).

3.     Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4.     Plaintiff Michael Grecco Productions Inc., d/b/a "Michael Grecco Photography", is a California corporation organized and existing under the laws of the state of California with its principal place of business in Los Angeles. Plaintiff's principal, Michael Grecco, is an award-winning commercial photographer noted for his iconic celebrity portraits, magazine covers, editorial images, and advertising spreads.

5.     Upon information and belief, Plaintiff alleges that Defendant Internet Archive ("Internet Archive") is a California 501(c)(3) non-profit organization, located at 300 Funston Avenue, San Francisco, CA 94118, and doing business in and with this judicial district, and which owns and operates "archive.org."

6.     Defendants Does 1 through 10, inclusive (collectively with Internet Archive, "Defendants"), are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. Their true names, whether corporate, individual or otherwise, are presently unknown to Plaintiff, who therefore sues said Defendants by such fictitious names, and will seek

leave to amend this Complaint to show their true names and capacities when same have been ascertained.

7.      Plaintiff is informed and believes, and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Plaintiff's rights and the damages to Plaintiff's proximately caused thereby.

## CLAIMS RELATED TO PLAINTIFF'S WORKS

8.      Plaintiff is the sole and exclusive owner of the rights, title, interests, and privileges in and to two original books entitled "Lighting and the Dramatic Portrait" and "The Art of Portrait Photography" and all the images contained therein as depicted in **Exhibit A**.

9.      Plaintiff is a co-owner of the exclusive rights, title, interests, and privileges in and to the book titled "Love Letters to the South", and the sole owner of the exclusive rights, title, interests, and privileges in and to the select photographs within "Love Letters to the South," as depicted in **Exhibit A**.

10.     The photographs in "The Art of Portrait Photography," "Love Letters to the South," "Lighting and the Dramatic Portrait" hereinafter will collectively be referred to as the Subject Works.

11.     Plaintiff complied in all respects with the Copyright Act, 17 U.S.C. § 101, *et. seq.*, and is the sole owner of the exclusive rights, title, interests, and privileges in and to all Subject Works contained in **Exhibit A** under the book titles "Lighting and the Dramatic Portrait" and "The Art of Portrait Photography", which Plaintiff has registered with the United States Copyright Office.

12.     Defendants, and each of them, have willfully copied, reproduced, displayed, and distributed the Subject Works for financial benefit by, without limitation, reproducing and displaying the Subject Works on the website "www.archive.org," which is owned and operated by Internet Archive. True and correct copies and screen captures of Defendants' offending publications and the corresponding URL's are depicted in Offending Displays ("Offending Displays") attached hereto under **Exhibit A**.

13.     Upon information and belief, Plaintiff alleges that Defendants, and each of them, had access to the Subject Works, including through Plaintiff's numerous online profiles and features, online publications and press featuring Plaintiff's work, Plaintiff's social media accounts, Plaintiff's numerous physical photography exhibitions, and/or through viewing the Subject Works on third-party websites (e.g., Twitter, Instagram, Pinterest, internet search engines, etc.).

14.     Plaintiff has not in any way authorized Defendants to exploit the Subject Works.

15.     On or around June 15th, 2023, Plaintiff sent a letter to Internet Archive, demanding that it cease and desist all publication and display of the Subject Photograph and the Infringing Content. Internet Archive failed to meaningfully respond, necessitating this action.

## FIRST CLAIM FOR RELIEF

(For Copyright Infringement – Against all Defendants, and Each)

16.     Plaintiff repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs.

17.     Upon information and belief, Plaintiff alleges that Defendants, and each of them, accessed the Subject Works by, without limitation, and through (a) viewing the Subject Works in Plaintiff's numerous publications, including in their originally published forms and under their original titles (b) viewing the Subject Works online in Plaintiff's numerous online profiles and features, and (c) viewing the Subject

Works through a third-party, including as it appears on social media platforms and internet search engines. Access is additionally evidenced by the exact reproduction of the Subject Works in the Offending Displays.

18.     Upon information and belief, Plaintiff alleges that Defendants, and each of them, copied, reproduced, displayed, and distributed the Subject Works for commercial benefit, including without limitation as depicted in the URL's and screen captures attached hereto as **Exhibit A**.

19.     Upon information and belief, Plaintiff alleges that Defendants, and each of them, infringed Plaintiff's copyrights by creating infringing derivative works from the Subject Works and publishing same to the public.

20.     Due to Defendants', and each of their, acts of infringement, Plaintiff has suffered general and special damages in an amount to be established at trial.

21.     Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Plaintiff's rights in the Subject Works. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of Plaintiff's rights in the Subject Works in an amount to be established at trial.

22.     Upon information and belief, Plaintiff alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to $150,000.00 per infringement and/or a preclusion from asserting certain equitable and other defenses.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

1. That Defendants, and each of them, as well as their employees, agents, or anyone acting in concert with them, be enjoined from infringing Plaintiff's

copyrights in the Subject Works, including without limitation an order requiring Defendants, and each of them, to remove any content incorporating, in whole or in part, the Subject Works from any print, web, or other publication owned, operated, or controlled by any Defendant.

2. That Plaintiff be awarded all profits of Defendants, and each of them, plus all losses of Plaintiff, plus any other monetary advantage gained by the Defendants, and each of them, through their infringement, the exact sum to be proven at the time of trial, and, to the extent available, statutory damages as available under the 17 U.S.C. § 504 and other applicable law.

3. That a constructive trust be entered over any revenues or other proceeds realized by Defendants, and each of them, through their infringement of Plaintiff's intellectual property rights;

4. That Plaintiff be awarded his attorneys' fees as available under the Copyright Act U.S.C. § 505;

5. That Plaintiff be awarded his costs and fees;

6. That Plaintiff be awarded statutory and enhanced damages;

7. That Plaintiff be awarded pre-judgment interest as allowed by law; and,

8. That Plaintiff be awarded further legal and equitable relief as deemed proper.

## <u>JURY DEMAND</u>

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Respectfully submitted,

Dated: July 20, 2023          By:  */s/ Stephen M. Doniger*
                                      Stephen M. Doniger, Esq.
                                      **DONIGER / BURROUGHS**
                                      *Attorney for Plaintiff*
                                      MICHAEL GRECCO PRODUCTIONS, INC

1

## EXHIBIT A

2

| Subject Works |
| --- |

**Lighting and the Dramatic Portrait and The Art of Portrait Photography (Registration Number VA 1-823-255):**



**Lighting and the Drama Portrait**




**The Art of Portrait Photography**



<mark>Love Letters to the South/Grecco Photography 2/4/06 to 3/30/06 (Registration Number VAu699-224):</mark>



**Love Letters to the South**



**Offending Displays**

<mark>INFRINGMENT ON Lighting and the Dramatic Portrait (Registration Number VA 1-823-255):</mark>



9





**Relevant Links:**

https://archive.org/details/lightingdramatic0000grec

https://archive.org/details/lightingdramatic0000grec/page/n1/mode/2up

https://archive.org/details/lightingdramatic0000grec/page/n3/mode/2up

https://archive.org/details/lightingdramatic0000grec/page/n5/mode/2up

https://archive.org/details/lightingdramatic0000grec/page/n7/mode/2up

https://archive.org/details/lightingdramatic0000grec/page/8/mode/2up

https://archive.org/details/lightingdramatic0000grec/page/10/mode/2up

https://archive.org/details/lightingdramatic0000grec/page/12/mode/2up

https://archive.org/details/lightingdramatic0000grec/page/14/mode/2up

https://archive.org/details/lightingdramatic0000grec/page/16/mode/2up

https://archive.org/details/lightingdramatic0000grec/page/18/mode/2up

https://archive.org/details/lightingdramatic0000grec/page/20/mode/2up

https://archive.org/details/lightingdramatic0000grec/page/22/mode/2up

https://archive.org/details/lightingdramatic0000grec/page/24/mode/2up

https://archive.org/details/lightingdramatic0000grec/page/26/mode/2up

https://archive.org/details/lightingdramatic0000grec/page/28/mode/2up

https://archive.org/details/lightingdramatic0000grec/page/30/mode/2up

1    https://archive.org/details/lightingdramatic0000grec/page/32/mode/2up

2    https://archive.org/details/lightingdramatic0000grec/page/34/mode/2up

3    https://archive.org/details/lightingdramatic0000grec/page/36/mode/2up

4    https://archive.org/details/lightingdramatic0000grec/page/38/mode/2up

5    https://archive.org/details/lightingdramatic0000grec/page/40/mode/2up

6    https://archive.org/details/lightingdramatic0000grec/page/42/mode/2up

7    https://archive.org/details/lightingdramatic0000grec/page/44/mode/2up

8    https://archive.org/details/lightingdramatic0000grec/page/46/mode/2up

9    https://archive.org/details/lightingdramatic0000grec/page/48/mode/2up

10   https://archive.org/details/lightingdramatic0000grec/page/50/mode/2up

11   https://archive.org/details/lightingdramatic0000grec/page/52/mode/2up

12   https://archive.org/details/lightingdramatic0000grec/page/54/mode/2up

13   https://archive.org/details/lightingdramatic0000grec/page/56/mode/2up

14   https://archive.org/details/lightingdramatic0000grec/page/58/mode/2up

15   https://archive.org/details/lightingdramatic0000grec/page/60/mode/2up

16   https://archive.org/details/lightingdramatic0000grec/page/62/mode/2up

17   https://archive.org/details/lightingdramatic0000grec/page/64/mode/2up

18   https://archive.org/details/lightingdramatic0000grec/page/66/mode/2up

19   https://archive.org/details/lightingdramatic0000grec/page/68/mode/2up

20   https://archive.org/details/lightingdramatic0000grec/page/70/mode/2up

21   https://archive.org/details/lightingdramatic0000grec/page/72/mode/2up

22   https://archive.org/details/lightingdramatic0000grec/page/74/mode/2up

23   https://archive.org/details/lightingdramatic0000grec/page/76/mode/2up

24   https://archive.org/details/lightingdramatic0000grec/page/78/mode/2up

25   https://archive.org/details/lightingdramatic0000grec/page/80/mode/2up

26   https://archive.org/details/lightingdramatic0000grec/page/82/mode/2up

27

28

1

https://archive.org/details/lightingdramatic0000grec/page/84/mode/2up

2

https://archive.org/details/lightingdramatic0000grec/page/86/mode/2up

3

https://archive.org/details/lightingdramatic0000grec/page/88/mode/2up

4

https://archive.org/details/lightingdramatic0000grec/page/90/mode/2up

5

https://archive.org/details/lightingdramatic0000grec/page/92/mode/2up

6

https://archive.org/details/lightingdramatic0000grec/page/94/mode/2up

7

https://archive.org/details/lightingdramatic0000grec/page/96/mode/2up

8

https://archive.org/details/lightingdramatic0000grec/page/98/mode/2up

9

https://archive.org/details/lightingdramatic0000grec/page/100/mode/2up

10

https://archive.org/details/lightingdramatic0000grec/page/102/mode/2up

11

https://archive.org/details/lightingdramatic0000grec/page/104/mode/2up

12

https://archive.org/details/lightingdramatic0000grec/page/106/mode/2up

13

https://archive.org/details/lightingdramatic0000grec/page/108/mode/2up

14

https://archive.org/details/lightingdramatic0000grec/page/110/mode/2up

15

https://archive.org/details/lightingdramatic0000grec/page/112/mode/2up

16

https://archive.org/details/lightingdramatic0000grec/page/114/mode/2up

17

https://archive.org/details/lightingdramatic0000grec/page/116/mode/2up

18

https://archive.org/details/lightingdramatic0000grec/page/118/mode/2up

19

https://archive.org/details/lightingdramatic0000grec/page/120/mode/2up

20

https://archive.org/details/lightingdramatic0000grec/page/122/mode/2up

21

https://archive.org/details/lightingdramatic0000grec/page/124/mode/2up

22

https://archive.org/details/lightingdramatic0000grec/page/126/mode/2up

23

https://archive.org/details/lightingdramatic0000grec/page/128/mode/2up

24

https://archive.org/details/lightingdramatic0000grec/page/130/mode/2up

25

https://archive.org/details/lightingdramatic0000grec/page/132/mode/2up

26

https://archive.org/details/lightingdramatic0000grec/page/134/mode/2up

27

https://archive.org/details/lightingdramatic0000grec/page/136/mode/2up

28

COMPLAINT

1   https://archive.org/details/lightingdramatic0000grec/page/138/mode/2up

2   https://archive.org/details/lightingdramatic0000grec/page/140/mode/2up

3   https://archive.org/details/lightingdramatic0000grec/page/142/mode/2up

4   https://archive.org/details/lightingdramatic0000grec/page/144/mode/2up

5   https://archive.org/details/lightingdramatic0000grec/page/146/mode/2up

6   https://archive.org/details/lightingdramatic0000grec/page/148/mode/2up

7   https://archive.org/details/lightingdramatic0000grec/page/150/mode/2up

8   https://archive.org/details/lightingdramatic0000grec/page/152/mode/2up

9   https://archive.org/details/lightingdramatic0000grec/page/154/mode/2up

10  https://archive.org/details/lightingdramatic0000grec/page/156/mode/2up

11  https://archive.org/details/lightingdramatic0000grec/page/158/mode/2up

12  https://archive.org/details/lightingdramatic0000grec/page/160/mode/2up

13  https://archive.org/details/lightingdramatic0000grec/page/162/mode/2up

14  https://archive.org/details/lightingdramatic0000grec/page/164/mode/2up

15  https://archive.org/details/lightingdramatic0000grec/page/166/mode/2up

16  https://archive.org/details/lightingdramatic0000grec/page/168/mode/2up

17  https://archive.org/details/lightingdramatic0000grec/page/170/mode/2up

18  https://archive.org/details/lightingdramatic0000grec/page/172/mode/2up

19  https://archive.org/details/lightingdramatic0000grec/page/174/mode/2up

20  https://archive.org/details/lightingdramatic0000grec/page/176/mode/2up

21  https://archive.org/details/lightingdramatic0000grec/page/178/mode/2up

22  https://archive.org/details/lightingdramatic0000grec/page/180/mode/2up

23  https://archive.org/details/lightingdramatic0000grec/page/182/mode/2up

24  https://archive.org/details/lightingdramatic0000grec/page/184/mode/2up

25  https://archive.org/details/lightingdramatic0000grec/page/186/mode/2up

26  https://archive.org/details/lightingdramatic0000grec/page/188/mode/2up

27

28

COMPLAINT

1    https://archive.org/details/lightingdramatic0000grec/page/190/mode/2up

2    https://archive.org/details/lightingdramatic0000grec/page/192/mode/2up

3    https://archive.org/details/lightingdramatic0000grec/page/n195/mode/2up

4
     **INFRINGEMENT ON Love Letter To The South/Grecco Photography 2/4/06 to 3/30/06**
5    **(Registration Number VAu699-224):**

6
     
7

8

9

10

11

12

13

14

15
     
16

17

18

19

20

21

22

23

24

25

26

27

28



**Relevant Links:**

https://archive.org/details/loveletterstosou00paul/page/n1/mode/2up?View=theater

https://archive.org/details/loveletterstosou00paul/page/n1/mode/2up?view=theater

**INFRINGEMENT ON The Art of Portrait Photography (Registration Number VA 1-823-255):**















COMPLAINT











COMPLAINT





31







## Relevant Links:

https://archive.org/details/artofportraitpho0000grec

https://archive.org/details/artofportraitpho0000grec/page/n1/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/n3/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/4/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/6/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/8/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/10/mode/2up

| | |
|---|---|
| 1 | https://archive.org/details/artofportraitpho0000grec/page/12/mode/2up |
| 2 | https://archive.org/details/artofportraitpho0000grec/page/14/mode/2up |
| 3 | https://archive.org/details/artofportraitpho0000grec/page/16/mode/2up |
| 4 | https://archive.org/details/artofportraitpho0000grec/page/18/mode/2up |
| 5 | https://archive.org/details/artofportraitpho0000grec/page/20/mode/2up |
| 6 | https://archive.org/details/artofportraitpho0000grec/page/22/mode/2up |
| 7 | https://archive.org/details/artofportraitpho0000grec/page/24/mode/2up |
| 8 | https://archive.org/details/artofportraitpho0000grec/page/26/mode/2up |
| 9 | https://archive.org/details/artofportraitpho0000grec/page/28/mode/2up |
| 10 | https://archive.org/details/artofportraitpho0000grec/page/30/mode/2up |
| 11 | https://archive.org/details/artofportraitpho0000grec/page/32/mode/2up |
| 12 | https://archive.org/details/artofportraitpho0000grec/page/34/mode/2up |
| 13 | https://archive.org/details/artofportraitpho0000grec/page/36/mode/2up |
| 14 | https://archive.org/details/artofportraitpho0000grec/page/38/mode/2up |
| 15 | https://archive.org/details/artofportraitpho0000grec/page/38/mode/2up |
| 16 | https://archive.org/details/artofportraitpho0000grec/page/38/mode/2up |
| 17 | https://archive.org/details/artofportraitpho0000grec/page/44/mode/2up |
| 18 | https://archive.org/details/artofportraitpho0000grec/page/46/mode/2up |
| 19 | https://archive.org/details/artofportraitpho0000grec/page/48/mode/2up |
| 20 | https://archive.org/details/artofportraitpho0000grec/page/50/mode/2up |
| 21 | https://archive.org/details/artofportraitpho0000grec/page/52/mode/2up |
| 22 | https://archive.org/details/artofportraitpho0000grec/page/54/mode/2up |
| 23 | https://archive.org/details/artofportraitpho0000grec/page/56/mode/2up |
| 24 | https://archive.org/details/artofportraitpho0000grec/page/58/mode/2up |
| 25 | https://archive.org/details/artofportraitpho0000grec/page/58/mode/2up |
| 26 | https://archive.org/details/artofportraitpho0000grec/page/62/mode/2up |
| 27 | https://archive.org/details/artofportraitpho0000grec/page/64/mode/2up |
| 28 | |

https://archive.org/details/artofportraitpho0000grec/page/66/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/68/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/70/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/72/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/74/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/76/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/78/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/80/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/82/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/84/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/86/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/88/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/90/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/92/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/94/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/96/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/98/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/100/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/102/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/104/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/106/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/108/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/110/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/112/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/114/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/116/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/118/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/120/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/122/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/124/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/126/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/128/mode/2up

https://archive.org/details/artofportraitpho0000grec/page/n131/mode/2up