Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorney for Plaintiff
MICHAEL GRECCO PRODUCTIONS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., d/b/a "Michael Grecco Photography", a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERNET ARCHIVE, a 501(c)(3) nonprofit; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:23-cv-05891-MCS-AGR<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-05891 MCS (AGRx)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* INTERNET ARCHIVE, a 501(c)(3) nonprofit

was received by me on *(date)* 07/24/2023

☒ I personally served the summons on the individual at *(place)* after in person attempt and seeing notice to 'serve by email' to Chris Butler, agent, butler@archive.org   on *(date)* 07/24/2023   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 07/24/2023

*Server's signature*

James Santillana
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

## James Santillana

| | |
|---|---|
| **From:** | James Santillana |
| **Sent:** | Monday, July 24, 2023 2:48 PM |
| **To:** | 'butler@archive.org' |
| **Subject:** | Summons and Complaint Service of Process to Internet Archive |
| **Attachments:** | 10- Summons Issued.pdf; 1- Complaint.pdf |

Greetings Mr. Chris Butler,

Attached is a Summons and Complaint for Internet Archive. We are serving via email as instructed by a note posted to your office door. We would appreciate it if you could confirm receipt of this email.

Thank you,

James

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
(415) 487-4140
info@westernattorneyservices.com

1