Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Grecco Productions, Inc., | Case No. 2:23-cv-05891-MCS-AGR |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Internet Archive, et al., | |
| Defendant. | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT a settlement in principle to resolve all claims at issue in the action has been reached and the parties are in the process of finalizing the long form agreement.

In the interim, the parties respectfully request that the Court take all current hearings, dates, and deadlines off-calendar, including the January 22, 2024 Scheduling Conference, and set an Order to Show Cause re dismissal.

Dated: January 19, 2024                  Respectfully submitted,

                                        By:    */s/ Stephen M. Doniger*
                                                      Stephen M. Doniger, Esq.
                                                      Kelsey M. Schultz, Esq.
                                                      DONIGER / BURROUGHS
                                                      *Attorneys for Plaintiffs*