UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   2:23−cv−05891−MCS−AGR          Date   January 19, 2024

Title    MICHAEL GRECCO PRODUCTIONS, INC. V. INTERNET ARCHIVE ET AL

Present:      The Honorable   Mark C. Scarsi  , U. S. District Judge

  Stephen Montes Kerr                              Not Reported;
Deputy Clerk                              Court Reporter/Recorder

Attorney(s) Present for Plaintiff(s):        Attorney(s) Present for Defendant(s):
None Present                                    None Present

**Proceedings:   (IN CHAMBERS)  ORDER DISMISSING ACTION (JS−6)**

The Court understands that the parties have settled or are in the process of settling the action. The Court **ORDERS** that the action be **DISMISSED WITHOUT PREJUDICE**. All hearings and deadlines are **VACATED**. The Court retains jurisdiction to vacate this Order and reopen the action within 45 days upon a request supported by a showing of good cause why the settlement cannot be completed within the 45-day period, explaining what further settlement processes are necessary and when the party or parties making the request reasonably expect the process to be concluded.

This Order does not preclude the filing of a stipulation of dismissal with prejudice, which does not require the approval of the Court. Fed. R. Civ. P. 41(a)(1)(A). Such a stipulation shall be filed within 45 days unless otherwise ordered by the Court pursuant to a stipulation of the parties supported by good cause.

**IT IS SO ORDERED.**

Initials of Clerk:   smo